# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 24-137 consolidated with 24-136

**HABIBI SHRINERS**

**VERSUS**

**EVANGELINE MASONIC CLUB
HOLDING CORPORATION F/K/A EVANGELINE
SHRINE CLUB HOLDING CORPORATION**

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20233664 C/W 20235218
HONORABLE MARILYN C. CASTLE, DISTRICT JUDGE

**********

**GARY J. ORTEGO
JUDGE**

**********

Court composed of Gary J. Ortego, Ledricka J. Thierry, and Wilbur L. Stiles, Judges.

**AFFIRMED.**

**Edward P. Landry**
**Landry Watkins Repaske & Breaux**
**P. O. Box 12040**
**New Iberia, LA 70562-2040**
**(337) 364-7626**
**COUNSEL FOR DEFENDANTS/APPELLANTS:**
    **John Doucet**
    **Ryan Cormier**
    **Evangeline Shrine Club Holding Corporation, et al.**
    **Evangeline Masonic Club Holding Corporation**
    **Daniel Hebert**
    **Gerard Hebert**

**George A. Veazey**
**Veazey, Felder & Renegar, LLC**
**P. O. Box 80948**
**Lafayette, LA 70598-0948**
**(337) 234-5350**
**COUNSEL FOR PLAINTIFF/APPELLEE:**
    **Habibi Shriners**

**Karly Dorr**
**Frank X. Neuner, Jr.**
**Neuner Pate**
**1001 W. Pinhook Road, Ste 200**
**Lafayette, LA 70503**
**(337) 237-7000**
**COUNSEL FOR PLAINTIFFS/APPELLEES:**
    **Thomas Kussman**
    **Evangeline Shrine Club Holding Corporation, et al.**
    **David Hyatt**
    **Evangeline Masonic Club Holding Corporation**
    **William Powell**

**ORTEGO, Judge.**

For the reasons assigned in *Evangeline Shrine Club Holding Corporation through its Proper and Duly Auth Officers and Directors William Powell, Thomas Kussman and David Hyatt v. Gerard Hebert, John Doucet, Ryan Cormier and Daniel Hebert*, 24-136 (La.App. 3 Cir. 11/__/24), ___ So.3d ___, handed down this day, the following Decree is provided in this consolidated matter:

### DECREE

Appellants, Gerard Hebert, John Doucet, Ryan Cormier, and Daniel Hebert present four issues for review. We find no merit to any of the issues presented. As such, we affirm the trial court's judgment denying Appellants' peremptory exception and granting Appellees' Writ of Quo Warranto and Writ of Mandamus ordering Appellants, Gerard Hebert, John Doucet, Ryan Cormier, and Daniel Hebert, to immediately deliver all business records, papers, assets and any effects related to their previous roles as members, officers and/or directors of the Evangeline Shrine Club, and/or the Evangeline Shrine Club Holding Corporation, (a/k/a or now the "Evangeline Masonic Club Holding Corporation"), to Petitioners, William K. Powell, Thomas Kussmann, and David Hyatt, the acting representatives of the Evangeline Shrine Club, and/or the Evangeline Shrine Club Holding Corporation.

Costs of these proceedings, including this appeal, are assessed to Gerard Hebert, John Doucet, Ryan Cormier, and Daniel Hebert.

**AFFIRMED.**